# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

IN THE MATTER OF ASSIGNMENTS

TO THE                              NOTICE OF ASSIGNMENTS

HONORABLE JED. S RAKOFF (JSR)

------------------------------------X

The following cases are to be assigned to the calendar of the Honorable JED S. RAKOFF (JSR):

| | | |
|---|---|---|
| 11 CV 8630 | 11 CV 8574 | 11 CV 8674 |
| 11 CV 8631 | 11 CV 8576 | |
| 11 CV 8632 | 11 CV 8577 | |
| 11 CV 8633 | 11 CV 8578 | |
| 11 CV 8634 | 11 CV 8579 | |
| 11 CV 8678 | 11 CV 8580 | |
| 11 CV 8679 | 11 CV 8581 | |
| 11 CV 8681 | 11 CV 8592 | |
| 11 CV 8682 | 11 CV 8593 | |
| 11 CV 8683 | 11 CV 8635 | |
| 11 CV 8684 | 11 CV 8636 | |
| 11 CV 8686 | 11 CV 8637 | |
| 11 CV 8687 | 11 CV 8638 | |
| 11 CV 8688 | 11 CV 8639 | |
| 11 CV 8689 | 11 CV 8668 | |

****RELATED TO 11 CV 3605****
****DESIGNATED MAGISTRATE JUDGE HENRY B. PITMAN (HBP)****

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: 12/12/2011

Ruby J. Krajick, CLERK

PHYLLIS ADAMIK
By: _____
Deputy Clerk